# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CARL STEWART

NO. 2019 KW 0866

OCT 1 8 2019

In Re:   Carl Stewart, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 40,206.

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT GRANTED IN PART AND DENIED IN PART.** The district court is instructed, if it has not already done so, to provide relator with a copy of the criminal court minutes from the May 14, 2019 proceedings. In all other respects, the writ application is denied as relator's claims regarding his habitual offender status have previously been addressed by this court on multiple occasions and found to be without merit. See **State v. Stewart**, 2003-2067 (La. App. 1st Cir. 11/17/03) (unpublished), writ denied, 2003-3547 (La. 12/17/04), 888 So.2d 855.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT